# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

137540

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

    SC: 137540
    COA: 278093
    Macomb CC: 2006-003972-FC

BYRON WILLIAMS,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009            _____
                                             Clerk

s0120